大成 DENTONS

Rebecca Stark
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2025

March 3, 2025

**VIA ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Request granted. The case is stayed for 45 days, which stay shall automatically lift unless extended by the Court. The parties shall promptly notify the Court when settlement has been finalized.
>
> SO ORDERED:
>
> 03/03/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re:   *Espinal v. US DFS Inc.*, Case No. 1:24-cv-04899-DEH-RWL

Dear Judge Lehrburger:

We represent Defendant US DFS Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from March 3, 2025 to April 17, 2025.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)